

United States District Court
Eastern District of California

| Natalie Bursiaga, an individual |
|---|

Plaintiff(s)

Case Number: | 2:25-cv-03102-TLN-SCR |

V.

| Walmart Inc., a corporation; |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Garrett W. Messerly _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendant Walmart Inc.

On _____ 10/27/2015 _____ (date), I was admitted to practice and presently in good standing in the

_____ Supreme Court of Utah _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____ 04/27/2026 _____          Signature of Applicant: /s/ Garrett W. Messerly _____

**Pro Hac Vice Attorney**

Applicant's Name: Garrett W. Messerly

Law Firm Name: GREENBERG TRAURIG, LLP

Address: 222 South Main Street, Suite 1730

City: Salt Lake City          State: UT          Zip: 84101

Phone Number w/Area Code: (801) 478-6927

City and State of Residence: Salt Lake City, UT

Primary E-mail Address: Garrett.Messerly@gtlaw.com

Secondary E-mail Address: brownpat@gtlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Aaron T. Winn

Law Firm Name: GREENBERG TRAURIG, LLP

Address: 12830 El Camino Real, Suite 350

City: San Diego          State: CA          Zip: 92130

Phone Number w/Area Code: (619) 848-2500          Bar # 229763

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 27, 2026

_____
JUDGE, U.S. DISTRICT COURT