**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

NATALIE BURSIAGA, an individual,

Plaintiff,

v.

WALMART INC., a corporation; and DOES 1-100, inclusive,

Defendants.

Case No. 2:25-cv-03102-TLN-SCR

**ORDER GRANTING JOINT STIPULATION TO EXTEND FACT DISCOVERY**

Having reviewed the Parties' Joint Stipulation To Extend Fact Discovery, and good cause appearing, the Court hereby **ORDERS** that the deadline for the Parties to complete fact discovery shall be continued 90 days to January 25, 2027. The Court further **ORDERS** that the remaining deadlines in the Initial Pretrial Scheduling Order shall be extended as follows:

| **Event** | **Deadline** |
|---|---|
| Fact Discovery Completion | January 25, 2027 |
| Expert Disclosures | March 26, 2027 (60 days after the close of discovery) |

| Event | Deadline |
| --- | --- |
| Supplemental Expert Disclosures | April 26, 2027 (30 days after expert disclosures) |
| Supplemental Disclosures and Responses | June 25, 2027 (30 days prior to the dispositive motion deadline) |
| Dispositive Motion Deadline | July 26, 2027 (180 days after the close of discovery) |

**IT IS SO ORDERED.**

DATED: October 13, 2026

Troy L. Nunley
Chief United States District Judge